|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND<br>JS6 |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 08-2810-JFW (Ex)**                                         Date:  October 30, 2008

Title:   The Ray Charles Foundation -v- Ray Charles Legacy Corporation, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   As a result of the parties' failure to file the Joint Rule 26(f) Report and ADR Pilot Program Questionnaire as required by the Court's Order of September 15, 2008, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for November 3, 2008, is **VACATED**.

   IT IS SO ORDERED.

   The Clerk shall serve a copy of this Minute Order on all parties to this action.