ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Yakub Hazzard (State Bar No. 150242)
YHazzard@rkmc.com
Lauren Sudar (State Bar. No. 222743)
LSudar@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

Attorneys for Plaintiff
THE RAY CHARLES FOUNDATION

NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RAY CHARLES FOUNDATION, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RAY CHARLES LEGACY CORPORATION, a California Corporation; RYAN COREY ROBINSON, an individual; MARY ANNE DEN BOK, an individual; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.  CV08-02810 JFW(Ex)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF THE RAY CHARLES FOUNDATION**<br><br>[Plaintiff's Submission Re Request For Damages; and Declaration of Valerie Ervin in Support Thereof Filed Concurrently Herewith]<br><br>[Complaint Filed April 29, 2008] |

　　　　The Court, having granted Plaintiff The Ray Charles Foundation's ("Plaintiff") Motion for Judgment on the Pleadings on May 20, 2009, and having considered Plaintiff's Submission Re Request For Damages and Declaration of Valerie Ervin in support thereof, and the complete files and records of this action, and good cause appearing therefore, HEREBY ORDERS, ADJUDGES AND DECREES as follows:

1.     That Judgment be entered in favor of Plaintiff on all six claims for relief against Defendants Ray Charles Legacy Corporation, Ryan Corey Robinson and Mary Anne den Bok (collectively, "Defendants") in the Complaint;

2.     That Plaintiff holds all rights in and to the name, likeness, celebrity and other intellectual property of the late Ray Charles (collectively, the "Ray Charles Intellectual Property");

3.     That Defendants are hereby permanently enjoined and restrained from (a) representing that they are associated with the estate of Ray Charles, in possession of any intellectual property or publicity rights once belonging to Ray Charles, or that Defendants' conduct is condoned by Plaintiff or the estate of Ray Charles; (b) using Ray Charles's name, likeness or identity in any manner, or in products, merchandise, or goods, for purposes of advertising or selling services or production; and (c) conducting business under the name "Ray Charles Legacy Corporation" or any name confusingly similar thereto or likely to mislead the public as to any affiliation of Defendants with Plaintiff;

4.     That, pursuant to 15 U.S.C. § 1117(a), Plaintiff is hereby awarded the sum of $8,943.75, representing three times its actual compensatory damages; and

5.     That, pursuant to 15 U.S.C. § 1117(a) and California Civil Code § 3344.1(a)(1), Plaintiff is hereby awarded reasonable attorney's fees and costs of suit herein.

Approved:

DATED: May 28, 2009

_____
Hon. John F. Walter
U.S. District Court Judge